**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| **LESZEK PAWELKOWSKI,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **Case No. 21-cv-70-DWD** |
| | ) | |
| **DARREN N. WILLIAMS,** | ) | |
| **NATHAN E. ATTEBURY,** | ) | |
| | ) | |
| **Defendants.** | ) | |

## MEMORANDUM AND ORDER

**DUGAN, District Judge:**

On January 25, 2022, the Court directed Plaintiff Leszek Pawelkowski to file an amended complaint. (Doc. 14). Plaintiff was given 30 days to file an amended complaint, failing which the case would be dismissed. To date, the Court has received no amended complaint, although the Court did receive a motion to appoint counsel. The Court clearly warned Plaintiff that if he failed to file an amended complaint, his case would be dismissed with prejudice for failure to state a claim or to comply with a court order. Accordingly, the Court will dismiss this matter with prejudice for failure to state a claim and failure to prosecute. *See* Fed. R. Civ. P. 41(b); *James v. McDonald's Corp.*, 417 F.3d 672, 681 (7th Cir. 2005) (under Rule 41(b) a court has authority to dismiss an action with prejudice for failure to prosecute if a party does not provide a timely response to a court order).

**IT IS SO ORDERED.**

Dated: 04/07/2022

_s/ David W. Dugan_
DAVID W. DUGAN
United States District Judge